**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

CAMELLIA ANN ADDO           :       CHAPTER 13
                                                    :
Debtor.                            :       CASE: 16-55895-WLH

**POST CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court on August 29, 2016, as follows:

    1.    Debtor hereby modify Paragraph 2 of the Plan as follows:

**Plan Payments and Length of Plan**. Debtor will pay the sum of **$318.00** per month to Trustee by X Payroll Deduction(s) or by Direct Payment(s) for the applicable commitment period of **36** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

    The Post Confirmation Modification of the plan raises the plan payment to $318.00 per month without a matching increase in base.

    Respectfully submitted this 22th day of August, 2018.

                                                    _____/s/_____
                                                   Howard Slomka, Esq.
                                                   Georgia Bar # 652875
                                                   Slipakoff & Slomka, PC
                                                    Attorney for Debtor
                                                     Overlook III – Suite 1700
                                                     2859 Paces Ferry Rd, SE
                                                     Atlanta, GA 30339
                                                     (404) 800-4001
                                                     se@myatllaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

CAMELLIA ANN ADDO    :  CHAPTER 13
             :
  Debtor.       :  CASE: 16-55895-WLH

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE
AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed on: August 22, 2018. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1403, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Camellia Ann Addo
5061 Furlong Way
Powder Springs, GA 30127

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1403, Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 10:00 A.M. on September 26, 2018.

Respectfully submitted this 22th day of August, 2018.

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001
se@myatllaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| CAMELLIA ANN ADDO | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE: 16-55895-WLH |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, 13 Trustee (served via ECF)
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Camellia Ann Addo
5061 Furlong Way
Powder Springs, GA 30127

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATE: August 22, 2018

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001
se@myatllaw.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| CAMELLIA ANN ADDO | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE: 16-55895-WLH |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

___/s/_____

Camellia Ann Addo

This 22th day of August, 2018

Penalty of making false statement or concealing property:

Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

```
Label Matrix for local noticing          Camellia Ann Addo                         American InfoSource LP as agent for
113E-1                                   5061 Furlong Way                          DIRECTV, LLC
Case 16-55895-wlh                        Powder Springs, GA 30127-2580             PO Box 5008
Northern District of Georgia                                                       Carol Stream, IL  60197-5008
Atlanta
Wed Aug 22 13:54:13 EDT 2018

Heather D. Bock                          Cavalry SPV I, LLC                        Chrysler Capital
McCalla Raymer Leibert Pierce LLC        500 Summit Lake Drive, Ste 400            PO Box 961275
1544 Old Alabama Road                    Valhalla, NY 10595-2321                   Fort Worth, TX 76161-0275
Roswell, GA 30076-2102


ERC/Enhanced Recovery Corp               (p)GEORGIA DEPARTMENT OF REVENUE          Internal Revenue Service
8014 Bayberry Rd                         COMPLIANCE DIVISION                       PO Box 7346
Jacksonville, FL 32256-7412              ARCS BANKRUPTCY                           Philadelphia, PA 19101-7346
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


A. Michelle Hart Ippoliti                MIDLAND FUNDING LLC                       McCalla Raymer, LLC
McCalla Raymer Liebert Pierce, LLC       PO Box 2011                               1544 Old Alabama Road
1544 Old Alabama Rd.                     Warren, MI 48090-2011                     Roswell, GA 30076-2102
Roswell, GA 30076-2102


Nationstar Mortgage LLC                  (p)NATIONSTAR MORTGAGE LLC                Paulding Chrylser Dodge Jeep R
8950 Cypress Waters Blvd                 PO BOX 619096                             1246 Old Griffin Rd
Coppell, TX 75019-4620                   DALLAS TX 75261-9096                      Dallas, GA 30157-3101


Piedmont Healthcare                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Quantum Radiology
PO Box 102859                            PO BOX 41067                              PO Box 100023
Atlanta, GA 30368-2859                   NORFOLK VA 23541-1067                     Kennesaw, GA 30156-9223


Ridgeview                                Eric W. Roach                             Philip L. Rubin
3995 S. Cobb Dr                          Nancy J. Whaley                           Lefkoff, Rubin. Gleason & Russo
Smyrna, GA 30080-6397                    Standing Chapter 13 Trustee               Suite 900
                                         303 Peachtree Center Ave.                 5555 Glenridge Connector
                                         Suite 120                                 Atlanta, GA 30342-4762
                                         Atlanta, GA 30303-1286

Santander Consumer USA                   John D. Schlotter                         Howard P. Slomka
Po Box 961275                            McCalla Raymer Pierce, LLC                Slipakoff & Slomka, PC
Fort Worth, TX 76161-0275                1544 Old Alabama Road                     Overlook III - Suite 1700
                                         Roswell, GA 30076-2102                    2859 Paces Ferry Rd, SE
                                                                                   Atlanta, GA 30339-6213

The Bortolazzo Group                     U. S. Attorney                            Nancy J. Whaley
PO Box 277234                            600 Richard B. Russell Bldg.              Nancy J. Whaley, Standing Ch. 13 Trustee
Atlanta, GA 30384-7234                   75 Ted Turner Drive, SW                   303 Peachtree Center Avenue
                                         Atlanta GA 30303-3315                     Suite 120, Suntrust Garden Plaza
                                                                                   Atlanta, GA 30303-1216

Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Nationstar Mortgage LLC<br>Bankruptcy Department<br>P.O Box 619096<br>Dallas, TX 75261-9741 | (d)Nationstar Mortgage LLC<br>P.O Box 619096<br>Dallas, TX 75261-9741 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Gregory Williams<br>Address unknown | (u)NATIONSTAR MORTGAGE, LLC | (u)Santander Consumer USA, Inc. dba Chrysler |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30