**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAMELLIA ANN ADDO | : | CASE NO. A16-55895-WLH |
| DEBTOR | : | |

## OBJECTION TO POST CONFIRMATION MODIFICATION FILED ON AUGUST 22, 2018

COMES NOW, NANCY J. WHALEY, Standing Chapter 13 Trustee in the above-styled case, and files herewith this Objection to Post-Confirmation Modification filed on August 22, 2018 and as grounds shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on April 4, 2016. The Debtor's plan was confirmed on August 29, 2016.

2.

The recent Modification filed in the above-styled Chapter 13 case increasing the Debtor's Chapter 13 plan payment, fails to include supporting Schedules I and J, in violation of 11 U.S.C. Section 1325(b)(1)(B) and 11 U.S.C. Section 1325(a)(6). Additionally, the Trustee has received correspondence that the Debtor's employment with Brookdale Senior Living has ceased.

3.

The Modification proposes not to affect the Chapter 13 plan base. The Debtor's Modification provides for a thirty-six (36) month applicable commitment period and thus the failure to modify the base in relation to this increase could result in the Debtor completing her payments before the applicable commitment period.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays that the Court review this Modification and deny the Debtor's Modification and require that the case continue under the provisions of the confirmed Chapter 13 plan and said other and further relief as the Court seem may deem just and proper.

                          Respectfully submitted,

                          __/s/_____

/jlr                      Ryan J. Williams,
                          GA Bar No. 940874
                          Attorney for Chapter 13 Trustee
                          303 Peachtree Center Ave., NE
                          Suite 120
                          Atlanta, GA  30303
                          (678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A16-55895-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection to Post Confirmation Modification by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
CAMELLIA ANN ADDO
5061 FURLONG WAY
POWDER SPRINGS, GA  30127

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Objection to Post Confirmation Modification through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 11th day of September, 2018.

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201