UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>CAMELLIA ANN ADDO<br><br>DEBTOR | ) CHAPTER 13<br>) CASE NUMBER A16-55895-WLH<br>)<br>) |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor's Plan will exceed sixty months by three (3) months in violation of 11 U.S.C. 1322(d)(2)(C) and 11 U.S.C. 1307(c).

3.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 9/25/2020 the Trustee received a total of $14,264.32. The Trustee's records indicate the amount delinquent is $1,235.68. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 30th day of September, 2020.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

**EXHIBIT "A"**

CASE NO:   A16-55895-WLH                                                                    09/25/2020
CAMELLIA ANN ADDO

**RECEIPT HISTORY OVER THE LAST 12 MONTHS**

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| September 16, 2020 | EMPH | 17671 | $127.00 |
| September 02, 2020 | EMPH | 17517 | $127.00 |
| August 25, 2020 | EMPH | 17446 | $127.00 |
| July 21, 2020 | EMPH | 17177 | $127.00 |
| July 15, 2020 | EMPH | 17072 | $127.00 |
| June 23, 2020 | EMPH | 16821 | $127.00 |
| June 23, 2020 | EMPH | 16957 | $127.00 |
| June 08, 2020 | EMPH | 16665 | $127.00 |
| May 20, 2020 | EMPH | 16527 | $127.00 |
| May 07, 2020 | EMPH | 16386 | $127.00 |
| April 22, 2020 | EMPH | 16061 | $127.00 |
| April 09, 2020 | EMPH | 15866 | $127.00 |
| March 19, 2020 | EMPH | 15589 | $127.00 |
| March 11, 2020 | EMPH | 14240 | $127.00 |
| March 06, 2020 | EMPH | 15225 | $127.00 |
| February 20, 2020 | EMPH | 14444 | $127.00 |
| February 03, 2020 | EMPH | 14112 | $127.00 |
| January 14, 2020 | EMPH | 13950 | $127.00 |
| December 30, 2019 | EMPH | 13767 | $127.00 |
| December 17, 2019 | EMPH | 13612 | $127.00 |
| December 02, 2019 | EMPH | 13500 | $127.00 |
| November 20, 2019 | EMPH | 13309 | $127.00 |
| November 20, 2019 | EMPH | 13224 | $127.00 |
| October 21, 2019 | EMPH | 13011 | $127.00 |
| October 08, 2019 | EMPH | 12839 | $127.00 |
| | | **Receipt Total:** | **$3,175.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| **CAMELLIA ANN ADDO** | ) | **CASE NUMBER A16-55895-WLH** |
| | ) | |
| **DEBTOR** | ) | |

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **November 04, 2020** at **10:10 am in Courtroom 1403, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**. *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 30th day of September, 2020.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No:  A16-55895-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

CAMELLIA ANN ADDO
5061 FURLONG WAY
POWDER SPRINGS, GA  30127

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 30th day of September, 2020.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201