**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In Re: Debtor(s)
**Camellia Ann Addo**
5061 Furlong Way
Powder Springs, GA 30127

xxx–xx–9400

Case No.: **16–55895–wlh**
Chapter: **13**
Judge: **Wendy L. Hagenau**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated: December 5, 2020

_____
Wendy L. Hagenau
United States Bankruptcy Judge

Form 133a