UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAMELLIA ANN ADDO | : | CASE NO.  A16-55895-WLH |
| DEBTOR | : | |

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING THE MOTION TO DISMISS HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Motion to Dismiss Hearing held on December 2, 2020:**

As to whether Debtor paid $318.00 to the Trustee

As to whether Debtor paid November Trustee payment

As to whether Debtor filed an Employer Deduction Order

**The Attorney for the Trustee has reviewed the case as instructed and:**

The Trustee Recommends Dismissal because:

The Debtor's plan payments remain delinquent

*Please enter an Order of Dismissal.*

This the 29th day of December, 2020.

　　　/s/_____
　　　Ryan J. Williams
　　　Attorney for Chapter 13 Trustee
　　　GA Bar No. 940874
　　　303 Peachtree Center Ave., NE
*/jn*　　Suite 120
　　　Atlanta, GA  30303
　　　678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A16-55895-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Following Motion to Dismiss Hearing to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

CAMELLIA ANN ADDO
5061 FURLONG WAY
POWDER SPRINGS, GA  30127

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Following Motion to Dismiss Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 29th day of December, 2020.

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201